UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
FILE NO. 3:10-cv-00170-GCM

MARIA PAMELA COPSIS,
        Plaintiff,

vs.

AUTO-OWNERS INSURANCE COMPANY,
        Defendant.

**CONSENT PROTECTIVE ORDER**

      Defendant has served a subpoena on the Charlotte Fire Department for the production of, "Complete copies of any and all records pertaining to the fire at 4916 Sharon Drive on March 15, 2007." The City of Charlotte has requested that any such production in response to the subpoena be made pursuant to a protective order to protect the information contained in the records subject to the subpoena. In addition, the parties recognize that in the course of discovery proceedings relating to this action, it may be necessary to disclose certain confidential and/or proprietary information. The parties wish to ensure that the materials produced by the Charlotte Fire Department and any confidential and proprietary information produced in discovery will not be disclosed to unauthorized persons, and will not be used for any purpose other than this litigation.

      It is therefore ORDERED that:

      1.    Prior to its production, either party my designate documents or other materials as containing CONFIDENTIAL INFORMATION to be protected by this Order. All materials produced by the Charlotte Fire Department in response to the subpoena shall automatically be considered to be CONFIDENTIAL INFORMATION protected by the Order.

2. The following "Qualified Persons" are entitled to review and utilize documents or materials containing confidential information produced pursuant to the terms of this Order:

   a. The parties, their employees, and their attorneys of record (including their necessary staff);

   b. Any person who participated in preparing the information, or who is identified or discussed in the four corners of the information;

   c. Independent expert witnesses who have been specially employed or retained to assist in this litigation and their necessary staff;

   d. Witnesses who are asked to review this confidential information during the course of a deposition or trial in this litigation;

   e. Court reporters recording testimony in this litigation and their necessary staff;

   f. The presiding Judge, courtroom clerk or other necessary court personnel, and jurors (upon being sworn in) at any motion hearing or trial of this matter; and

   g. Any other person who is later designated as a Qualified Person by Order of the Court or agreement of the parties.

3. The CONFIDENTIAL INFORMATION identified above will be designated by marking the initial page of any document, or any computer disk or videotape at or before the time of production as "**CONFIDENTIAL**". The parties may comply with this Order by either marking the original documents or the copies that are produced or exchanged. Each party shall be responsible for ensuring that any materials obtained from the Charlotte Fire Department are appropriately marked.

4. A Qualified Person who receives CONFIDENTIAL INFORMATION shall not make it available to persons or entities other than Qualified Persons as defined in paragraph 2, and shall only use the information for purposes of this litigation.

5. Within sixty (60) days after the conclusion of this litigation, any party may request the return of any documents containing CONFIDENTIAL INFORMATION to the producing party. Any party may satisfy the request for return of materials by certifying that they have been destroyed. The ultimate disposition of any CONFIDENTIAL INFORMATION shall be subject to a final order of the court upon the conclusion of this litigation.

6. The terms of this Order shall continue to be binding upon the parties after the conclusion of this litigation.

Signed: September 1, 2010

*Graham C. Mullen*
Graham C. Mullen
United States District Judge

BY CONSENT:

BY: /s/ Bruce M. Simpson
    BRUCE M. SIMPSON
    N.C. State Bar #
    James McElroy & Diehl, P.A.
    600 South College Street
    Charlotte, NC 28202
    Ph: 704-372-9870
    Fax: 704-333-5508
    Email: bsimpson@jmdlaw.com
    Attorneys for the Plaintiff


BY: /s/ Robert C. deRosset
    ROBERT C. deROSSET
    N.C. State Bar # 27656
    WALTER E. BROCK, JR.
    N.C. State Bar # 8195
    Young Moore & Henderson, P.A.
    3101 Glenwood Avenue, Suite 200
    Post Office Box 31627
    Raleigh, NC 27622
    Ph: 919-782-6860
    Fax: 919-782-6753
    Email: rcd@youngmoorelaw.com
    Email: web@youngmoorlaw.com

    JEFFREY S. BOLSTER
    N.C. State Bar # 20868
    Bolster Rogers, PC
    1043 East Morehead Street, Ste. 111
    Charlotte, North Carolina 28204
    Ph: 704-347-4884
    Fax: 704-347-1087
    Email: JBolster@bolsterrogers.com

    Attorneys for Defendant