**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:10-CV-170**

| | | |
|---|---|---|
| MARIA PAMELA COPSIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AUTO-OWNERS INSURANCE | ) | |
| COMPANY | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THIS MATTER is before the Court upon verbal motion of the Defendant.  Due to the delay of the trial calendar publication, the Defendant is granted an extension of time to file its trial brief, proposed jury instructions, proposed voir dire and proposed issues list until Friday, February 11th at 5:00 PM.  The Plaintiff is granted leave to amend her trial brief, proposed jury instructions, proposed voir dire and proposed issues list until Friday, February 11th at 5:00 PM.

**SO ORDERED.**

Signed: February 8, 2011

Graham C. Mullen
United States District Judge