# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Maria Pamela Copsis,

    Plaintiff(s),

vs.

Auto-Owners Insurance Company,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:10cv170

DECISION BY JURY VERDICT. This action having come before the Court by Jury Trial and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's 3/10/11 verdict and the Court's 3/11/11 Order.

March 11, 2011

FRANK G. JOHNS, CLERK

BY: *Cynthia Huntley*
Cynthia Huntley, Deputy Clerk